IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

No. 2:06-cv-0294-MCE-DAD

ORDER

This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

On December 14, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty days. On January 9, 2007, the findings and recommendations were reserved on plaintiff at her last known address. The time period has expired and neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 14, 2006, are adopted in full; and

2. Defendant's motion to dismiss for lack of subject matter jurisdiction is granted and this action is dismissed in its entirety.

Dated:  February 16, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE