IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,

    Plaintiff,                    No. CIV S-06-0294 MCE DAD PS

    vs.

SOCIAL SECURITY              ORDER
ADMINISTRATION,

    Defendant.
_____/

        This action was dismissed for lack of subject matter jurisdiction on February 20, 2007. Since that date, plaintiff has filed five documents concerning her Social Security benefits, including an inquiry about an informal hearing. Plaintiff is advised that documents may not be filed in closed cases except as permitted by the Federal Rules of Civil Procedure. Plaintiff's filings since February 20, 2007 have not been submitted pursuant to any rule and will be disregarded. No orders will issue in response to future documents improperly submitted for filing in this closed case.

        IT IS SO ORDERED.

DATED: April 18, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\alfaro0294.closed